**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00368-CV

**BANCO POPULAR NORTH AMERICA, Appellant**

**V.**

**AMERICAN FUND US INVESTMENTS LP, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-13614**

## ORDER

We **GRANT** appellant's June 17, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file its brief on or before **July 7, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
         JUSTICE